Timmons
CJ-2022-3161


*105272548B*

**In the District Court of** OKLAHOMA **County**
**State of Oklahoma**

Clifford Gene Moses  )
**Plaintiff** )
 )
vs. )     **CJ-2022-3161**
 )
Connie Johnson )     Case No. _____
Amanda Merriott )     (To be entered by Court Clerk)
DC Winchester )
 )     FILED IN DISTRICT COURT
**Defendant(s)** )     OKLAHOMA COUNTY

         JUL - 5 2022

         RICK WARREN
         COURT CLERK
**Petition**       105 _____

Comes now the Plaintiff, Under Civil Rights Complaint, and alleges to the Court as follows:

1. The Plaintiff, (full name) Clifford Gene Moses, is an inmate confined in the penal facility located at (mailing address) 201 N. Shartel OKC, OK 73102

2. The Plaintiff is a resident of the State of Oklahoma and has been for 53 years.

3. (a) The Defendant, (name of first defendant) Connie Johnson is employed as (position and title, if any) Head of Okl. County Detention Center. The Defendant's employment address is (mailing address) 201 N. Shartel, OKC, OK 73102

   At the time the claim(s) alleged in this complaint arose, was this Defendant acting under Color of state law? ✓ Yes, or, ___ No. If answer is 'yes', briefly explain:
   Alledgedly Head of Jail and is Responsible for all daily activities as well as Responsible for over seeing the duties of OCDC Staff members

3. (b) The Defendant, (name of second defendant) Amanda Merriott is employed as (position and title, if any) Acting head of Medical at _____. The Defendant's employment address is (mailing address) 201 N Shartel OKC, OK 73102

   At the time the claim(s) alleged in this complaint arose, was this Defendant acting under color of state law? ✓ Yes, or, ___ No. If your answer is 'yes', briefly explain:
   being as Medical is in Partnership, Alledgedly she Oversees of Medical Responsibilities and staff

**EXHIBIT 1**

_____
_____
_____

**Note: Attach additional pages to furnish the information above on each defendant.**

4. Jurisdiction: So under _____ §_, 1320, 215/42.3. 5.a (10) _____ giving District Court Right to _____ case as well as Constitutional Rights Violations as well. 7th _____ Being OK _____.

5. Venue: Since all violations occurred within OKL County The District Court of OKLAHOMA county clearly should preside over _____.

6. Briefly state the facts of the case: Denial of Medical Sta, Tetanus, failure to give seizure meds for 9 days, unsanitary/unhuman environment in housing, 8 weeks no hygiene supplies. Slept on floor only Blanket NO Mat for 10 days with open surgery wound, (amputated toes) Direct Indifference under color of law by Staff at Jail and By Judge Lisa Hammon as well as _____ of _____ to Judge Elliott all _____. as of 5-22-22 This _____ due _____ backing 5 day show.

7. (a) The Plaintiff alleges that the following constitutional rights, privileges or immunities have been violated: (List and designate each count separately).

   5th Amendment
   5th Amendment
   6th Amendment
   14th Amendment

(b) The following facts support the allegation above: (List and designate each count separately).

   Videos of all incidents w/time, date all on Security Cameras. When Illegally arrested Involuntary Remarks made w/out counsel on _____. Was not informed of any process nor allowed _____ or wit. Fair Trial _____, Due Process Procedures Violated, Innocence or _____. Kept switching _____ however. fruit of Poisonous Tree. SEE all Attached Exhibits of facts that will clearly prove Plaintiffs Case.

8. I have filed other lawsuits in state or federal court dealing with the same facts involved in this action. __✓__ Yes, or, _____ No. If the answer is 'yes', describe each lawsuit. (Please attach additional copies of the petition(s) and/or requests) for administrative relief).

    (a) Parties to the previous lawsuit:
    Plaintiff(s): Clifford Gene Myers
    Defendant(s): Connie Johnson, Amanda Massey, Dr Winchester

    (b) Name of court and case number: U.S.D.C. Western Dist.
    CIV-22-19-D

    (c) Case status:
    _____ Pending
    _____ Relief granted
    __✓__ Action dismissed
    _____ On appeal
    __✓__ Other, please specify:
    Dismissed without Prejudice to refiling on April 12, 22
    "I Couldn't pay $350" Don't have own money

    (d) Issues presented: Daily conditions of pneumonia, medical

    (e) Date of filing: Jan 5th, 2022

    (f) Date of Disposition: April 12th, 2022

9. I have sought informal or formal relief from the appropriate administration officials regarding the acts stated in allegation 8 of this Petition. __✓__ Yes, or, _____ No. If your answer is 'yes', briefly describe how relief was sought and the outcome of the proceedings. If your answer is 'no', briefly explain why administrative relief was not sought.
    Multiple letters to all as well as Request of Staffs also numerous grievances

10. Relief requested: I want them to admit only to me in writing

they were wrong for all that's happened to me, this
me to see my Dr to fix what's wrong so I can walk right
again each be fined $5,000 to me and 200°° day for undue pain
as well as TORT claims on Violations replace my stolen and
for Remainer of my time in _____ give back Michelle's Job in Receiving.

11. Have you brought any lawsuits in state or federal court within the last ten (10) years?
   ___✓___ Yes, or, _____ No.  If your answer is 'yes', a sworn affidavit listing the litigation and the outcome of the litigation must be attached.

12. I am representing myself.  ___✓___ Yes, or, _____ No.  If your answer is 'no', please explain.

_____
_____
_____


_____
Plaintiff's signature

201 N Sh____, OKC, OK
_____
Plaintiff's address
73102
_____

AOC Form 7
Revised 3/13

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CLIFFORD GENE MYERS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. CIV-22-19-D |
| CONNIE JOHNSON, et al., | ) ) ) |
| Defendants. | ) |

### ORDER

Before the Court is Defendant's "Motion for the Appointment of Counsel Waiver of Fee's" [Doc. No. 19]. A final judgment dismissing this matter without prejudice to refiling was entered on April 12, 2022 after Defendant failed to pay the initial partial filing fee.[1] The above-captioned case is closed, but for filings related to proceedings in aid of execution. The instant motion is therefore STRICKEN.

**IT IS SO ORDERED** this 27th day of April, 2022.

TIMOTHY D. DeGIUSTI
Chief United States District Judge

---

[1] Defendant was previously granted permission to proceed without prepayment of the full filing fee, but was still required to pay the filing fee, including an initial partial filing of $23.40 [Doc. No. 8].